IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:17-cr-00406 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| -vs- | ) | |
| | ) | |
| DELAMON MARSHALL, | ) | MOTION FOR CONTINUANCE OF SENTENCING |
| Defendant. | | |

Now comes the defendant herein, by and through the undersigned counsel and respectfully moves the court for an order continuing his sentencing hearing herein based upon the following:

1.  The defendant has requested that the government provide JENCKS materials relative to witnesses the government intends to call at sentencing. It is believed that said materials will not be able to be produced without additional time.

2.  The undersigned counsel submits that JENCKS materials will be critical to cross-examination of these witnesses and are necessary in order for counsel to render effective assistance to Mr. Marshall.

WHEREFORE, a continuance in this matter is respectfully requested. Counsel for the defendant and government will be prepared to discuss rescheduling dates at the status conference set in this matter on September 6, 2019, 2:00 p.m..

Respectfully submitted,

/s/ Robert A. Dixon
ROBERT A. DIXON (#0022466)
4403 St. Clair Avenue
Cleveland, Ohio 44103
(216) 432-1992
(216) 881-3928 facsimile
Dixonlaws@aol.com

## CERTIFICATE OF SERVICE

This document was filed via the ECF system for the U.S. District Court for the Northern District of Ohio and served upon all parties by operation of that system, this 5th day of September, 2019.

/s/ Robert A. Dixon_____
ROBERT A. DIXON
Attorney for Defendant